■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN MADISON, Appellant. [855 NYS2d 913]—Appeal by the defendant from a judgment of the County Court, Nassau County (Weinberg, J.), rendered April 27, 2005, convicting him of criminal possession of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the order is affirmed.

We have reviewed the record and agree with the defendant's

assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Skelos, Santucci and Belen, JJ., concur.